United States District Courts
For the District of Columbia
Washington D.C.

FILED
JAN 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth J Stropp
# 364587
Greenville Correction Center
901 Corrections Way
Jarratt Virginia 23870
  Plaintiff

Date: December 18, 2007
Case No: _____

Case: 1:08-cv-00123
Assigned To : Unassigned
Assign. Date : 1/22/2008
Description: Pro Se General Civil

CASE RE-ASSIGNED
FEB 27 2008
TO: KENNEDY, JR., HHK

vs.

Social Security Administrations, etc.al ,
Carolyn L. Simmons (associate commissioner)
1500 Woodlawn Drive
Baltimore Maryland 21241-1500 ;
    R.D. Charlton (Field office manager)
    324 Commerce Road
    Farmville, Virginia 23901.
        Defendants

RECEIVED
JAN 07 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Complaint

Comes now, the plaintiff, Kenneth J Stropp #364587, pro-se, an indegent, disabled, incarcerated inmate of the Virginia Dept. of corrections, and submitts a civil action complaint/grievance, against said defendants, in reguards to plaintiffs Social Security Case No.: 267638479A, and sets forth grounds as follows:

(pg 1)

1

(cont. to complaint:)

<u>Claim #1</u>: Plaintiff claims neglegence and disregard, unsatisfactory assistance to the advised proceedures to dismiss, and delete the mis-handling, misrepresenting, Payee on plaintiff benifit account, after plaintiff followed, and submitted, all the required proper documents requested.

<u>Brief</u>: After plaintiff had been consulted by the Social Security Administrations Representatives, on the proper proceedures to legally dismiss, mishandling, misrepresenting, thieving, drug-addicted payee, that was previously assigned to the Social Security Disability benifit account of plaintiffs, working with said defendant and office employees under this defendant, at plaintiffs local Farmville Virginia S.S.A. office, complying with all due requirements, this payee, still to this day remains on plaintiffs account, and benifit check information.

On December 24th 2005, the plaintiff, after aquireing and submitting all requested information, to do so, to the plaintiffs local S.S.A. office in Farmville, Virginia, and being advised by the on-duty counter clerk "That plaintiff, ...

(pg 2)

(Cont to Claim #1:)

had infact, complied with all the requirments, and that this would be handled"; felt that he, plaintiff, had legally completed his end of the stipulations.

<u>Reasons</u>: Plaintiff had noticed, and reported, that the payee had fraudulently reported to S.S.A. on a recieved audit report, filled out and filed by payee, information and figures showing where the recieved benifit monies, of the benificiaries, had been spent. <u>Note</u>: not all was faulse; but most for whatever reason.

Plaintiff had also noticed, that the balance of the direct-deposit bank account at Planters Bank in Farmville Virginia, had been constantly, little-by-little, deplinishing without plaintiff knowing where this money was being spent.

One day plaintiff had been advised by S.S.A. representatives, whom claimed that the account/benifits had been overpaid at somepoint, and that benifit monies were going to be altered, (small payments were to be deducted, to pay S.S.A. back for overpayments). At that time plaintiff had agreed, but reason was still un-known to plaintiff, and curiousity had arisen.

(pg 3)

(Cont. to Claim #1)

Later plaintiff had come to find out that there was more than one overpayment, coming also to find out that it was a result of plaintiff being temporarily incarcerated for minor offenses, (Note: never any sexual-related, Drug-related, weapons-related, or violence-related offenses, ever), but that the responsible payee had purposly failed to notify S.S.A, and had been still recieving plaintiff's benifit checks and using the monies for her personal use.

Now at this point, plaintiff is, not only being robbed once of these monies, now being forced to pay back these stolen/overpayments resulting in being robbed twice. The non-reporting of these periods of plaintiff's incarcerations continued from 1999-to-Jan. 2006.

Furthur more, also reported, when plaintiff realized what was going on, plaintiff advised payee that he was separating from now, newly wedded wife/payee, and that she could remain in plaintiffs leased residence until a place came available for payee to move into, (Note: Plaintiffs name, only name on lease, remained). At this point, with...

(pg 4)

(Cont. Claim #1)

... plaintiff's checks, from SSA for S.S.D., still being mailed to plaintiff's known residence, payee had resorted to removing plaintiffs s.s.D. checks, from the mail box, ( October 2005 for September's, November 2005 for October's, December 2005 for November's, and January 2006 for December's ), also reported to police and S.S.A., and payee was forging plaintiffs name and either depositing in her planters bank account or cashing, persummably at Planters Bank in Farmville.

info: On January 11th 2006, plaintiff was permenately incarcerated for a period of, later sentence, 2"2 years. Shortly after this date, Payee was also arrested in March 2006, for possession of drugs, and possession with intent to distribute drugs in a school Zone, in Prince Edward County, Farmville. This is where plaintiffs disability monies were being spent.

Plaintiff has been constantly sending all information, detailed dates, places, events, etc., to Mrs Carolyn L Simmons at social Security Administrations Central Operations office, still demanding that payee be removed from my account, that payee be prosicuted, and that monies be restituted to me/plaintiff,...

(pg 5)

(cont. claim #1)

... from S.S.A., while S.S.A. pursues, and prosicutes, and retrieves restitution from deceitful payee. Plaintiff claims that this is [NOT] the responsability of the plaintiff and that it is the S.S.A's responsability, and the plaintiff should be immediately restituted these already awarded but stolen/misused disability benifit monies.

Furthur more, for the Courts and defendants recognition, the plaintiff has reported, and has two eyewitnesses to the fact, that on April 24th 2006, or near to, while plaintiff was incarcerated, and incapable of proventing, that this payee robbed plaintiff of his entire estate/belongings (re: cloths, vehicle, electronics, utilities/appliances, files and records including reciepts, etc. al) that was purchased, for the living standards of the disabled plaintiff to survive, with benifit monies/retroactive checks, issued between 2001 and 2003, leaving plaintiff to re-enter in the community as if he had never been awarded or issued any benifit monies ever.

Note: Plaintiff has gone out of his way, to extreem measures, to inform and supply the defendants with exact, solid, provable ...

(pg 6)

(Cont. Claim #1)

"... information necessary for the defendants to thoroughly investigate, obtain forged documents, and police reports to have been able to prosicute this payee, and furthur recognizing this payee's signed and agreed to, legal documents takeing full responsability, but still, to plaintiffs knowledge, payee remains un-prosicuted and restitutions remained unpaid, and again furthur, this payees name still remains on plaintiffs account with S.S.A. and medicare.

Claim #2:

Plaintiff claims deliberate indifference, and total disreguard to corresponding with plaintiff / benificiary, on crucial S.S.D. matters requarding re-establishing of monthly needed benifits, upon upcoming release date, requireing pre-arranged assistance, and necessary changes, to enable disabled plaintiff to survive the immediate cost of living.

Brief: Plaintiff has constantly attempted corresponding with S.S.A., Mrs Carolyn L Simmons, and with previous local assigned S.S.A offices, ...

(pg 2)

(Cont. claim #2)

... to both, ① be assured that decietful and theiving payee is being persued and brought to justice, ② and to request pre-arranged assistance with upcoming, re-engaged, benrfit package needed for plaintiff to survive the cost of living. Plaintiff is never once recieved any correspondance from defendants in more than a year, and can foresee not without the help from the courts.

As Judged, heard, and awarded in a Court of law, in Florida, in 2000 for the years following 1996, the plaintiff is totally unable to work, with furthur understanding that the plaintiff has even attempted to do so with negative outcomes, and is forced to solely rely on S.S.A., social services, medicare, and medicaid, along with now housing assistance, to survive in the community. Now since decietful payee has stolen and deprived the disabled plaintiff of everything, it is crucially necessary for plaintiff to correspond and recieve pre-assistance prior to his release. There is crucial information to be sorted out between plaintiff/benificiary, and S.S.A. to enable proper assistance. This is ...

(pg 8)

(cont. Claim #2)

... [NOT] a judgement by S.S.A, but an existing awarded Judgement from a Court of Law.

### Prayer of Relief   In order to claims:

Plaintiff comes now and prays for relief seeked, and specifies as follows:

### out of Court relief

1) That previous assigned payee be immediately removed from plaintiffs/benificiary's S.S.D account, name and information of payee, removing this payee, from this point on, from any further responsibilities

2) That plaintiff/benificiary be awarded total control, and responsable party, of plaintiffs S.S.D. account and direct deposit bank account. (ref: all submitted documents and requested information submitted up to December 24th 2005 - plaintiffs physician for verification = Dr Tran of Burkville medical Group, Burkville Virginia 23922 / (434) 767-5511)

3) That the plaintiff immedrately recreve restitution from S.S.A./defendants, for all reported stolen, and forged checks, named in Claim #1, within the year 2005. Further ...

(pg 9)

(cont. Prayer of relief)

... more, that plaintiff immediately recieve restitution from S.S.A / defendants, for any and all monies ever deducted from plaintiffs / benificiaries monthly benifit checks for repayment of overpayments resulting from decietful payee's neglegence.

Monies overpayed can later be restituted from prosicuted payee.

4) That plaintiff recieve immediate assistance with re-establishing disability benifit monies, account information, medicare, and any other assistance with clothing, transportation, housing, etc. that S.S.A. can assist with.

5) Finally, plaintiff requests to recieve restitution from S.S.A / defendants, for the monies mis-used and stolen by payee, consisting of illegal withdraws from direct-deposit bank account that S.S.A had payee set up and design, with her/payee being responsable for, ammounting to 2/3$^{rds}$ of total deposits recieved at Planters Bank in Farmville, Virginia, takeing in consideration that plaintiff did use 1/3rd of these monies for living expenses such as Rent, Gas, Food, utilities, Phone. Other than that, plaintiff ...

(pg 10)

(Cont. Prayer of Relief)

... has been deprived and robbed, by responsable assigned payee, of the entirety of awarded disability benifit monies since S.S.A started issuing benifit checks after Judgement.

<u>in court / Jury trial relief seeked</u>

In addition to out of court relief seeked;
1) Plaintiff will seek all filing fees pertaining to this peticular petition, to be payed by S.S.A.
2) Plaintiff will seek all legal assisting aquired Attorney fee's
3) Plaintiff will seek that S.S.A. be responsable for all court cost aquired in this case, along with all aquired expenses of the plaintiff resulting from travel, testimonies, witnesses, etc. needed.

Plaintiff certifies that all statements and claims provided, to be the honest truth, and that 3 copies have been submitted to the U.S. District Courts, District of Columbia and has sent U.S. mail, handed over to law enforcement officials here at Greenville Correction Center for filing on December 19th 2007, one original and ...

(pg 14)

(cont. to Petition Final)

... (2) true and exact copies. Further more Plaintiff has submitted all required consent forms, informa Pauperis forms, and inmate trust account information, as directed by the courts, to be attached/included with the Courts original copy.

Plaintiff now rests and awaits further court instructions.

County/City of Greensville
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this 21st day of Dec, 2007, by
Kenneth Stropp
(name of person seeking acknowledgement)
Sandra M. Garrett
Notary Public
My commission expires: Apr 30, 2011

(Notoray)

_Kenneth Stropp_
Pro-se plaintiff

Kenneth Stropp 364587
Greenville Correction Center
901 Corrections Way
Jarratt, Virginia 23820

SANDRA M. GARRETT
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7123724
My Commission Expires Apr 30, 2011

I certify that the above notary is not a party to this action.
_Kenneth Stropp_
(Offender's Signature)

JAN - 2 2008

(pg 12)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

08-123

## I (a) PLAINTIFFS

KENNETH J. STROPP

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE (YA)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

SSA, ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00123
Assigned To : Unassigned
Assign. Date : 1/22/2008
Description: Pro Se General Civil

CASE REASSIGNED
FEB 27 2008
TO KENNEDY, JR. J.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant (circled)
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ■ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
■ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

**No Summons Issued**

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
● 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $    Check YES only if demanded in complaint    JURY DEMAND: ☐ YES ●NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO    If yes, please complete related case form.

DATE 1.22.08    SIGNATURE OF ATTORNEY OF RECORD  JCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd