True + Exact Copy

# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth J Stropp #364587
**Plaintiff**

V.

Social Security administration,
Carolyn L Simmons,
RD Charlton
**Defendant**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0123

I, Kenneth J Stropp #364587, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☑ Yes      ☐ No      (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Greenville Correction Center Jarratt, Va. 23870

    Are you employed at the institution?  yes   Do you receive any payment from the institution?  yes (.23 per hr)

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?      ☑ Yes      ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
    .23¢ per hr. / 30 hrs per month
    Greenville Correction Center - 901 Corrections Way Jarratt, Va. 23870

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends             ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
    d. Disability or workers compensation payments      ☐ Yes    ☑ No
    e. Gifts or inheritances                            ☑ Yes    ☐ No  250.00 From sister
    f. Any other sources                                ☐ Yes    ☑ No

**RECEIVED**
JAN 07 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "yes" describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

Recieved $250.00 from sister in September 2007 for Christmas gift. No other monies will follow.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

5. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

declare under penalty of perjury that the above information is true and correct.

_____12-18-07_____     _____Kenneth Stropp  364587_____
        Date                         Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, risoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

Kenneth Stropp 364587
Greenville Correction Center
904 Corrections Way
Jarratt, Va. 23870-9614
HU6-119

To: United States District Court
District of Columbia
Date: Jan. 2, 2008

Subject: Inmate Trust Account information
RE: Account information for the past 6 months, as ordered.

Brief:   Dear Honorable Courts,
After 2 weeks of requesting the neccessary documents of Inmate Trust Account, from the Greenville Correction Center's accounting department, and being disreguarded as to this request as to many others, I am inclosing the account information that I have on hand, from another District Court case proceeding, to show accurate, prior, 6 month period deposits and monthly withholding amounts, praying that this will be sufficient for the courts verification as is suggested. This months ballance is also included at the bottom of the worksheet.

Sincerely
Kenneth Stropp 364587
Kenneth Stropp 364587

[Note: Refer to month and prior month income Deposit. Also forseen monthly deposit is .23¢ per hour, 30 hrs per wk until released March 13 2008 or Before.]

PARTIAL COURT FILING FEES WORKSHEET

INMATE NAME: Kenneth Shopp    INMATE NO. 364587    CASE NO. 2:07CV166

INITIAL PAYMENT: 6.11

| BALANCE DUE | AMOUNT WITHHELD (20% of prior months income) | MONTH WITHHELD | PRIOR MONTHS INCOME |
|---|---|---|---|
| 343.89 | | | |
| 326.03 | NSF 20.00 (17.86) 55419 | 8-23-07 | 100.00 |
| 312.52 | 13.51    55735 | 9-25-07 | (8) 67.56 |
| 309.01 | 3.51    56096 | 10-24-07 | (9) 17.59 |
| 256.53 | 52.48    56516 | 11-26-07 | (10) 262.42 |
| 251.01 | 5.52 | 12-28-07 | (11) 27.60 |
| 242.53 | 8.48 | 1-27-07 | (12) 42.40 |

BALANCE as of Jan 1 2008 = $60.00 est.

True x Exact copy

Original Copy For:    **UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: Kenneth J Stropp  v. Carolyn L Simmons, BD Charlton    Social Security Administration, etc. al.

Civil Action No. _____

    I, Kenneth J Stropp # 364587 Virginia, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

    I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

    If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

    By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Kenneth Stropp_
Signature of Plaintiff

08 0123

**FILED**

JAN 22 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT