UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH J. STROPP )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>SOCIAL SECURITY ADMN )<br>Defendant | Civil Action No. 08- 0123 HHK |

REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on February 27, 2008 from Unassigned (9098)

to Judge Kennedy because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK



By: La Tanau Scott
Deputy Clerk

CC:   Judge Kennedy
& Courtroom Deputy
Civil Case Processing Clerk
      Statistical

