In the U.S. District Court
For the District of Columbia
Date: March 5, 2008

RECEIVED
MAR 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth Stropp 364587
         -vs-           Plaintiff          Case No.: 080123 HHK
Social Security Administration
             Defendant.

## Notification of Change of address:

The plaintiff, Kenneth J Stropp 364587, in the above said case, comes now before the U.S. District Court, District of Columbia, and moves to submitt pre-notice of change of address as follows:

Kenneth Stropp
2221 Branch Dr.
Chesapeake, Va. 23321 (as of March 17, 2008)

Plaintiff also request that the court to take notice of the plaintiffs recent computed release date of March 17, 2008 from Virginia's Dept. of Correction's Greensville Correctional Center.

The plaintiff is temporarily being released to the above address, until he can find adiquate, affordable residence, with the assistance of Social Services-Human Resources, to meet his financial and medical conditions.

The plaintiff, being fully disabled is unable to seek employment and Social Security Disability

benifits will not be re-ingaged/re-issued until may 2008 for April 2008's benifits.

IF the court would see to permitting releaf/Temporary leave from monthly payment of filing fees in forma pauperis, the plaintiff will submitt an amended income affidavit in MAy of 2008, along with an allowed pAyment, to furthur determin the courts ordered monthly pAyment towards filing fees.

*Kenneth Stropp 364587*
Pro-se, plaintiff

Kenneth J Stropp
2221 Branch Dr
Chesapeake, Va. 23321
(as of march 17 2008)