**RECEIVED** 08CV123

MAR 20 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Mr/Mrs Clerk,

    The plaintiff, Kenneth Stropp 364587, would respectfully request the courts to take notice to and acknowledge, that the plaintiff in this case, is subject to release from incarceration of the Virginia Dept. of Corrections, computed as MARCH 17 2008

&#42; (but could extend, for loss of 30 days adjustment time, to allow VDOC to find proper and adiquate shelter/housing).

    Plaintiff's concern is that VDOC doesn't exactly thouroughly follow proceedures, for example: mail forwarding, but the plaintiff will do all in his power to keep the courts updated with proper forwarding address upon release, and ask's that any given orders between march 17 2008 and april 17 2008, be given adiquate or extended time of reply, and take in consideration of this respectful concerning notice.

Sincerely
Kenneth Stropp 364587
Kenneth Stropp 364587