For the District of Columbia

RECEIVED

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth Stropp #364587
                    Plaintiff

- vs -

Social Security administration, etc. al.
                                Defendant

Case #: 08-0123

Date: Feb. 25 2008

## Motion to Amend

Comes now, the plaintiff, Kenneth Stropp #364587, pro-se, an indegent, disabled, incarcerated inmate of the Virginia State Dept. of Corrections, before the U.S. District Court of the District of Columbia, in said case, and moves that the Honorable District Courts to take leave, granting the plaintiff Motion to amend to previously submitted additional claims, not provided within the original submitted claims, Filed on January 22nd 2008. additional claim stated as follows:

## Claim

Plaintiff claims, unlawful and wrongful discontinuence of disability benifit checks, and defendant's claim of over payments.

## Brief

Plaintiff and Plaintiffs representative payee, ...

(pg 1 of 5)

... recieved notice on January 17, 2006, informing the plaintiff/Benificrary that the monthly issued disability benifit checks would be discontinued for reason of an outstanding arrest warrant, issued on July 29, 2005, for violation of probation by "Pasco Co. S.O., Dade City, Greensboro, Ga. 30642".

Plaintiff, at that time, had written to Greensboro, Ga. 30642, to inquire about such a warrant, and has recieved correspondence reply informing Plaintiff that there are no such warrants, nor pending court cases, nor pending charges in the Courts, or Sherriffs office, within Greensboro, Ga. 30642.

Furthur more, S.S.A. claims that an over-payment of $3,076.00, for the months July 2005-through- December 2005 are considered "over-pay", and that they are recording and demanding to be refunded — But — that they would not consider this to be overpayment, if Plaintiff would contact S.S.A. within 12 months from December 6, 2005, and show that this warrant for violation of probation was both, non-violent and not drug-related, and that the original crime and reason for this probation was also non-violent ...

(pg 2 of 5)

... and non drug related.

Plaintiff has never recieved any-ever probation nor convictions of violent or drug related offenses.

This notice goes on to state that they (SSA) also requires that the plaintiff / Beneficiary has neither been convicted of, nor pled guilty to another Felony crime since the date of this said warrant, which infact was true up until August 22 2006 (8 months following discontinuence of benifit checks) - and - if the SSA. has appointed a representative payee to handle the plaintiffs / Beneficiaries benifits, which S.SA. was fully aware of at the time of discontinuence.

Thus, the plaintiff will show that it was unlawful and wrongful for S.S.A. to discontinue these benifit payments on January 2006, and there has been no over-payment of $3076.00 as mentioned

Furthur more, since the time that the plaintiff/ beneficiary recieved this S.S.A. notice on January 17ᵀᴴ 2006, the plaintiff was infact incarcerated and awaiting trial from January 11ᵀᴴ 2006 till the present, and had previously been separated from deciving wife / rep. payee, as stated in ...

the originally submitted claims, from October of 2005 resulting From representative-payee appointed, drug additions and mis representation / Theft and forgery of benifit monies, and theft of everything previously purchased with benifit monies to assure proper living quality and supplies necessary for the benificiaries survival. Also the plaintiff / Benificiary, as an indegent, robbed inmate, had no way of contacting S.S.A. in order to appeal this decision, and when plaintiff did manage to send correspondence letters, SSA central Operations in Baltimore, MD. refused reply assuming total disregaurd to these issues, and still today, February 25, 2008, over 2 years later, plaintiff has yet to recieve any replies or resolution to all issues presented to them.

There for, the plaintiff, Kenneth Stropp #364587, prays to the Honorable District Court, to grant plaintiffs Motion to amend, to allow plaintiff to show proof of claims, and correct the unlawful, wrongful, actions of the defendant and furthur show that the S.S.A has the resources and proper means ···

to thouroughly investigate their reasons
and claims before they actually disrupt
the plaintiffs / Benificiarys means of
support and quality of life.

The question arrises that isn't this infact
the reason for the appointment of a case worker?

<u>Additional Prayer of Relief</u>
The plaintiff prays, that upon presenting
facts and proof of unlawful and wrongful
discontinuence of disability benifit monies,
Starting January 2006 through ~~July~~ May
2006, that the plaintiff be, not only releaved
of the said overpayments from July 2005 To
December 2005 (3076.00), but that the defendants
also be ordered to restitute to the plaintiff,
(disquarding the decieving-threving representative
payee "Christina Stropp" former wife), for the
months he would have recieved benifit monies
for January 2006 through may 2006, the
time Felony bond was revoked and credit off
of Felony convirction was awarded.

Kenneth Stropp
<u>Kenneth Stropp 364587</u>
Pro se plaintiff