**U.S. Department of Justice**
**United States Marshals Service**



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Social Security Administration
1500 Wodlawn Drive
Baltimore, MD 21241

Civil Action, File Number 08-123 HHK

Kenneth J. Stropp
v.
Social Security Administration, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail

08-123  3-11-08

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Social Security Administration
1500 Wodlawn, Drive
Baltimore, MD 21241

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SOCIAL SECURITY ADMINISTRATION
BALTIMORE, MARYLAND 21235
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAR 13 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4136 7772

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(Official)

COMPLAINT

he complaint in the above captioned

itity/Authority to Receive

Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

**U.S. Department of Justice**
**United States Marshals Service**



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Carolyn K. Simmons, Assoc. Commissioner
Social Security Administration
1500 Wodlawn Drive
Baltimore, MD 21241

Civil Action, File Number  08-123 HHK

Kenneth J. Stropp
v.
Social Security Administration, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within     days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within     days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

08-123   3-11-08

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carolyn K. Simmons, Assoc. Commissioner
Social Security Administration
1500 Wodlawn, Drive
Baltimore, MD 21241

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X   SOCIAL SECURITY ADMINISTRATION
    BALTIMORE, MARYLAND 21235
    ☐ Agent
    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   MAR 1 3 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0004 4136 7765

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*(IS Official)*

D COMPLAINT

the complaint in the above captioned

ntity/Authority to Receive

s

USM Form-299
Rev. 10/03
Automated 10/03

Copy 4 - USMS District Suspense

Fill out form and print 4 copies. Sign and date all copies and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: R.D. Charlton
Field Office Manager - SSA
324 Commerce Road
Farmville, VA 23901

Civil Action, File Number  08-123 HHK

Kenneth J. Stropp
v.
Social Security Administration, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within     days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within     days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail

08-123    3-11-08

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R.D. Charlton
Field Office Manager - SSA
324 Commerce Road
Farmville, VA 23901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Darlet Reed    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Darlene ?. Reed

C. Date of Delivery  3-13-08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

[postmark: VILLE VA 2390 MAR]

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0004 4136 7758

S Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(...S Official)

D COMPLAINT

the complaint in the above captioned

ntity/Authority to Receive

ss

USM Form-299
Rev. 10/03
Automated 10/03

Copy 3 - Addressee
Copy 4 - USMS District Suspense