original copy

RECEIVED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia
Washington DC Division

Kenneth Stropp
    Plaintiff,    Case No.:
- vs -    Date: 04/10/08
Social Security Administration
    Defendant.

Motion to Amend.

Comes now the plaintiff, Kenneth Stropp, an indegent, fully disabled, recently released from Virginia Dept. of Corrections custody petitioner, to request from the Honorable U.S. District courts, to be granted by rights, to amend the above said case and submitted claims, to enable plaintiff to add furthur, recent acts of gross neglegence and wrongful deductions from plaintiffs re-instated Social Security Disability Benifits as detailed claim will show as follows:

A) Plaintiff had already reported theft and deliberate mishandling of benifit checks by assigned previous payee, to central operations office of Social Security Administration in 2006 for acts in 2005.

(pg 1 of 4)

3) Release from custody and confinment by Virginia State Dept. of corrections in March 2008, Plaintiff was intitled to re-instatement of Disability Benifits, and has properly refiled and reported for appointment (4/1/08) with Portsmouth Virginia SSA office, where he was informed that he would have monies deducted from reinstated Disability Benifits for overpayment on previous checks that were issued to payee while plaintiff/benificiary was incarcerated because payee fraudulently and deliberately failed to report to SSA of benificiarie's incarceration in order to benifit herself (violating signed and agreed to rules and legal stipulations of SSD/SSA). Therefor plaintiff was robbed of previous benifit monies as reported to SSA, (2006) and now SSA is forcing plaintiff, even after submitting legitimate waiver on 4/2/08, to have monies now deducted from reinstated SSD checks to pay back monies that plaintiff was robbed of, and reported, resulting in double loss of benifit monies due to gross negligence of defendants to properly compute rightful information or to properly investigate

(pg 2 of 4)

and prosicute previous misrepresenting payee.

Plaintiff will show proof that Benifit checks were wrongfully stolen / accepted by payee whom cashed and used these monies for drugs (arrested in Farmville Virginia) while plaintiff / benificiary was incarcerated.

Plaintiff will show record of inmate trust account to prove no monies were deposited or sent to plaintiff by payee or SSA while incarcerated the entire period of detainment.

c) Plaintiff will show mishandling / misrepresentation by payee including= fraudulent audit reports submitted to SSA by payee; fraudulent non-report of benificiary's incarceration to accept SSD checks further to benifit payee; proof of payee's arrest for drugs purchased with benifit monies while benificiary / plaintiff was incarcerated and while payee showed a negative bank account balance; multiple deductions from benifit checks, previously & presently for robbed monies / overpayments by SSA / defendants, gross neglegence by defendants to investigate properly these complaints and reports made by plaintiff legitimately, along

with furthur gross neglegence by SSA local offices, depriving plaintiff the ability to survive the cost of living with substancial injuries and disabilities that prevent plaintiff from adequately holding down a substancial employment, furthurmore forcing plaintiff extreem pain and suffering while having no other choice but to attempt to somekind of means to supliment the negative income -vs- bills.

Plaintiff comes now and respectfully request to have amended claims granted and added to previous claims and proceeding case to enable plaintiff clearification to the courts and Jury, the circumstances that defendants are forcing on plaintiff along with extreem pain and suffering.

Plaintiff certifies that a true and exact copy of this foregoing motion to amend has been sent to Social Security administration Central Operations office at 1500 Woodlawn Dr, Baltimore MD 21241-1500, prepaid postage by U.S mail on 04/11/08.

(pg 4 of 4)

*Kennett Stropp*
Pro se plaintiff

Kenneth Stropp
336 Queensway
Hampton Va
23669

Notice of Change of address /
Perminate resrdence

Kenneth Stropp / plaintiff
336 Queensway Mall
Hampton, Va 23669

Case No: 08-0123 HHK
Date: April 11 2008