RECEIVED
APR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia
Washington DC

Kenneth Stropp
    Plaintiff
- vs -
Social Security Administration
    Defendants

Case No.: 080123 HHK
Date: April 7, 2008

Motion to Proceed in
Forma Pauperis

Comes now, the pro-se plaintiff, Kenneth Stropp, a previously incarcerated inmate of the Virginia Department of Corrections at Greensville Correction Center in Jarratt Virginia 23870, before the Honorable U.S. District Courts of the District of Columbia, where plaintiff has filed the above said case and was granted by the courts, his request to proceed in forma pauperis, to again request to the courts to remain granted to proceed in forma pauperis following the recent release from custody on

(pg 1)

on March 17 2008 for reasons as follows:

A) Following the courts order to grant plaintiff to proceed in forma pauperis, and court order for detarning facility to pay initral filing fee, plaintiff never recieved reciept of this fee being deducted from plaintiffs inmate trust fund nor confirmation that the courts have recieved the court ordered initral filing fee.

B) Plantiff is still indegent after being released from V.D.O.C., fully disabled and unable to work, and Social Security disability benrfits not being recieved until May 3 2008 for April 2008 benrfit perrod.

C) Plaintiff now states that upon notification that the Greensville Correction Center failed to deduct and pay the initral court ordered filing fee, that the plaintiff will now submitt the suggested amount of initral filing fee along with submitting an updated affidavit of income to prove low income and indigentcy.

(pg 2)

Plaintiff also request that the courts recognize the previous letter of notification of change of address submitted, and asks the courts to disreguard the entered temporary mailing address and place on record the plaintiffs perminate address as follows:   33 b Queensway mall
Hampton, Virginia 23669

*Bennett Stropp*
Pro-se plaintiff
Kenneth Stropp
33 b Queensway Mall
Hampton, Va. 23669
4-7-08

(pg 3)