UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH J. STROPP, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 08-00123 HHK |

<u>ENTRY OF APPEARANCE</u>

  The Clerk will please enter the appearance of Assistant United States Attorney Fred E. Haynes as the attorney for the defendants, the Social Security Administration, Associate Commissioner Carolyn L. Simmons, and Field Office Manager R. D. Charlton.

              Respectfully submitted,
                   /s/
              FRED E. HAYNES, D.C. Bar #165654
              Assistant United States Attorney
              555 Fourth Street, N.W., Room E-4110
              Washington, D.C.  20530
              202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing entry of appearance to be served by first-class mail, postage prepaid, this 19th day of May, 2008, on:

>Mr.Kenneth J. Stropp
>336 Queensway Mall
>Hampton, VA 23669

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201