```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

KENNETH J. STROOP,              )
                                )
              Plaintiff,        )
                                )
                                )
-v-                             )Civil Action No. 08-00123 HHK
                                )
MICHAEL J. ASTRUE,              )
  Commissioner,                 )
  Social Security Administration,)
  et al.,                       )
                                )
              Defendants.       )
_____)
```

### DEFENDANTS' MOTION FOR SENTENCE SIX REMAND
### AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

Defendants, the Commissioner of the Social Security Administration and two employees of that agency, respectfully move the Court for remand of this matter pursuant to sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Because no telephone number has been given for plaintiff since his release from prison, undersigned counsel (Fred E. Haynes) has been unable to contact him to determine his position on this motion.

This Court has authority to remand on motion of the Commissioner pursuant to 42 U.S.C. § 405(g):

> The Court may, on motion of the Commissioner made for good cause shown before he files his answer, remand the case to the Commissioner for further action by the Commissioner.

42 U.S.C. § 405(g) [Sentence 6]; *see also Melkonvan v. Sullivan*, 501 U.S. 89, 101 n.2 (1991)

The Joint Conference Committee of Congress in reporting upon the Social Security Disability Amendments of 1980 (to the Social Security Act) stated that in some cases procedural difficulties, such as an inaudible hearing tape or a lost file, necessitate a request for remand by the Commissioner. The intent of the committee was that such procedural defects be considered "good cause" for remand. The committee stated:

> "*** Such a situation is an example of what could be considered `good cause' for remand. Where, for example, the tape recording of the claimant's oral hearing is lost or inaudible, or cannot otherwise be transcribed, or where the claimant's files cannot be located or are incomplete, good cause would exist to remand the claim to the Commissioner for appropriate action to produce a record ***." (H.R. Rep. No. 96-944, 96th Cong., 2d Sess. 59 (1980)).

The Commissioner requests voluntary remand of this case for further administrative proceedings. For cause, the Commissioner states that the claims file has not been located to date, and he requests remand to complete the search for the file. If the file cannot be located within a reasonable time, the Commissioner will take the necessary steps to reconstruct the file.

Based on the foregoing, the Commissioner and the other defendants respectfully request that the Court remand this case to the Commissioner for further proceedings. Attached is a draft order reflecting the requested relief.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, D.C. Bar #498610
                              United States Attorney

```
                /s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C.  20530
202. 514.7201
```

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

KENNETH J. STROOP,             )
                               )
              Plaintiff,       )
                               )
                               )
-v-                            )Civil Action No. 08-00123 HHK
                               )
MICHAEL J. ASTRUE,             )
 Commissioner,                 )
 Social Security Administration,)
 et al.,                       )
                               )
              Defendants.      )
                               )
```

## ORDER

UPON CONSIDERATION of Defendants' Motion for Remand, and the entire record in this case, it is this ____ day of _____, 2008,

ORDERED, that Defendants' motion is hereby GRANTED, and this action is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g) [Sentence 6] for further administrative action.

                    UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2008, a copy of the foregoing motion for a sentence six remand was served by first-class mail, postage prepaid, on:

    Mr. Kenneth J. Stroop
    336 Queensway Mall
    Hampton, VA 23669

                                          /s/
                         FRED E. HAYNES, D.C. Bar #165654
                         Assistant United States Attorney
                         555 4th Street, N.W., Room E-4110
                         Washington, D.C. 20530
                         202.514.7201