UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH J. STROPP, )<br>)<br>        Plaintiff, )<br>)<br>-v- )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>et al., )<br>)<br>        Defendants. )<br>)  | Civil Action No. 08-00123 HHK |

NOTICE OF RETURNED MAIL

On May 19, 2008, undersigned counsel filed a motion to remand this matter under Sentence Six of 42 U.S.C. § 405(g). The service copy of that motion was sent to the address given by plaintiff in his notice of change of address that appears in Docket No. 14:

    Mr. Kenneth J. Stroop
    336 Queensway Mall
    Hampton, Virginia 23669

That envelope was returned as undelivereable.

    Respectfully submitted,
    /s/
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing notice of returned mail to be served by first-class mail, postage prepaid, this 4th day of June, 2008, on last known address of:

> Mr.Kenneth J. Stropp
> 336 Queensway Mall
> Hampton, VA 23669

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201