Original Copy

RECEIVED
JUN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Courts
For the District of Columbia

Kenneth J Stropp
   - vs -    Plaintiff    Action No. 08-00123 HHK

Michael J. Astrue,
Social Security Administration et.al.
    Defendants

Motion to Deny Defendants
Motion For Remand

   The plaintiff, Kenneth Stropp, a pro-se, Disabled, indegent plaintiff, moves that the U.S. District Courts deny defendants motion for sentence six remand.
   The Defendants representing counsel and the Defendants commissioner states that no phone number has been given for plaintiff since his release from prison and that defendants counsel (Fred E. Haynes) has been unable to contact plaintiff to determine plaintiffs position on this motion.
   Plaintiff will show proof that the Social Security Administration has indeed been

(pg 1 of 4)

Case 1:08-cv-00123-HHK   Document 19   Filed 06/11/2008   Page 2 of 4

sufficiently updated and supplied <u>all</u> plaintiffs address information and phone (contact) information, which has not changed since the end of March 2008, when released, and that this information is on S.S.A. computer file, nationwide, for their easy accessability.

Furthurmore, Plaintiff claims that he has constantly, and numberously, with good-faith, attempted to work this issue out with the Commissioner's office, with local Social Security Administation offices, and with all named defendants since 2005, and plaintiff has only recieved total disreguard.

Plaintiff feels that the courts are the only resolution for plaintiff to show adiquate proof of complaints and reports being filed with Defendants, Proof that signed and contracted responsible, xpayee of Plaintiff Disability benifit account, Did infact file Fraudulent audit reports, misrepresent plaintiff and cause multiple overpayment, Frauding benificiary out of benifit checks and monies in Bank account for benificiary, under payees name, and plaintiff will bring witness (lawenforcement officers) to show that white

(pg 2 of 4)


Plaintiff was incarcerated and in question, did infact deprive by theft, all of benificiarres/plaintiffs belongings to enable his survival, purchased with SSD benifit monies, leaving the plaintiff/benificiary nothing (no monies, no cloths, no furnishings, no appliances, no vehicle, etc) that plaintiff needs to survive living ability, unable to work.

Plaintiff will show total disreguard by defendants, after multiple reports, complaints, and proof supplied to defendants, as defendants (SSA) continuously deprives, still today, the plaintiff of absolutely needed Social Security Disability benifit monies, by continuously deducting monies for overpayments, as a result of X-payee/responsible party, theft of benifit monies, Non-report of incarcerations to enable xpayee to still recieve checks (overpayment) which is resulting now, in unability to survive cost of living, causing a great deal of problems, stress, mental + emotional problems, eviction notices, suspention of Drivers license for unability to make any kind of court payments, and possible violation of Probation. Multiple financial problems resulting from

(BSA) defendants disregard to this issue, and gross neglegence to correct data on computers.

Plaintiff now comes before the courts and certifies that a true and exact copy of this forgoing motion, has been sent to the Defendants Counsel, Mr Fred E. Haynes at 555 Fourth Street N.W. Room E-4110 Washington DC 20530, by prepaid First Class mail on ~~May~~ June 10 2008.

Furthur more, Plaintiff will forward, alread accessable, residence and contact information as defendants counsel claims he does not have.

Kenneth Stropp
Kenneth Stropp
33-B W Queensway Mall
Hampton, Va 23669
757-472-9033

cc: U.S. Dept. of Justice, 555 Fourth Street N.W. Washington D.C. 20001,
Fred E. Haynes, D.C., 555 Fourth Street N.W. Room E-4110

(pg 4 of 4)