```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

KENNETH J. STROOP,              )
                                )
              Plaintiff,        )
                                )
                                )
-v-                             )Civil Action No. 08-00123 HHK
                                )
MICHAEL J. ASTRUE,              )
 Commissioner,                  )
 Social Security Administration,)
 et al.,                        )
                                )
              Defendants.       )
_____)
```

### REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SENTENCE SIX REMAND

Plaintiff has filed an opposition to defendant's motion for a remand under sentence six of 42 U.S.C. § 405. The substance of the opposition is that plaintiff believes that his claim will be more favorably treated by this Court than by defendant. A sentence six remand is not, however, a judgment on the merits of plaintiff's claim for benefits. It is a procedural step that permits the agency to find the administrative record or, where the record cannot be found, to reconstruct it. This is a necessary step in this Court's review of the agency's decision, a review that is required by statute to be based on the administrative record created before the agency. See 42 U.S.C. § 405(g).

For the reasons set forth above and in defendant's motion

for a sentence six remand, the motion should be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar #498610  
        United States Attorney  
            /s/  
        FRED E. HAYNES, D.C. Bar #165654  
        Assistant United States Attorney  
        555 Fourth Street, N.W., Room E-4110  
        Washington, D.C.  20530  
        202. 514.7201

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2008, a copy of the foregoing reply memorandum in support of defendant's motion for a sentence six remand was served by first-class mail, postage prepaid, on:

    Mr. Kenneth J. Stroop
    33-B Queensway Mall
    Hampton, VA 23669

                                  /s/
                        FRED E. HAYNES, D.C. Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., Room E-4110
                        Washington, D.C. 20530
                        202.514.7201