Original Copy

United States District Court
District of Columbia

**RECEIVED**
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date: Aug. 15 2008
Subject: Change of address

Kenneth Stropp          Case No: 08-0123 HHK
  -vs-
Social Security Administration,
       etc /AL.

### Change of address

This letter is being submitted to the Clerk of the United States District Court, District of Columbia, in regards to the recent change of address of the plaintiff Kenneth J Stropp, asking the courts to please recognize and make changes to the data records / computers.

FROM: 33-B W Queensway mall
       Hampton, Va 23669
TO: 1903 N Mallory St
       Hampton, Va. 23664
EFFECTIVE: August 2 2008.

_Kenneth J Stropp_
Plaintiff

I, Kenneth Stropp, certify that a true + exact copy of the forgoing / submitted address change, has been sent, pre-paid First-class U.S postage mailed August 20 2008 To